UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:21-CR-00265** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KEELAN ELAIRE** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the Defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the Plea Agreement filed into the record of these proceedings, the guilty plea of the Defendant, Keelan Elaire, is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the REPORT AND RECOMMENDATION. [Doc. 44].

THUS, DONE AND SIGNED in Chambers on this 9th day of February 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE